# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KINGSTON TECHNOLOGY CORPORATION, KINGSTON DIGITAL, INC., KINGSTON TECHNOLOGY COMPANY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JIAXIN TECHNOLOGY, YONG LIU, ADD2NET, INC. AND DOES 1-10, <br><br> Defendants. | Case No.: SACV 09-01038-CJC(RNBx) <br><br> JUDGMENT AGAINST DEFENDANTS JIAXIN TECHNOLOGY AND YONG LIU |

Plaintiffs Kingston Technology Corporation, Kingston Digital, Inc. and Kingston Technology Company, Inc. are entitled to a judgment in the amount of $130,000, plus $1625 in prejudgment interest, against Defendants Jiaxin Technology and Yong Liu. Judgment is entered in Plaintiffs' favor in the amount of $131,625.

DATED:   October 14, 2010

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE