# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KINGSTON TECHNOLOGY CORPORATION, KINGSTON DIGITAL, INC., KINGSTON TECHNOLOGY COMPANY, INC.,<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>JIAXIN TECHNOLOGY, YONG LIU, ADD2NET, INC. AND DOES 1-10,<br><br>    **Defendants.** | Case No.: SACV 09-01038-CJC(RNBx)<br><br>**PERMANENT INJUNCTION** |

On October 14, 2010, the Court GRANTED Plaintiffs' Kingston Technology Corporation, Kingston Digital, Inc., and Kingston Technology Company, Inc., (collectively "Kingston"), motion for entry of default judgment against Defendants Jiaxin Technology and Yong Liu.

IT IS HEREBY ORDERED that Defendants Jiaxin Technology, Yong Liu, and their officers, agents, servants, employees, and all those in active concert or participation

with them, including any unnamed website hosting agent who receives actual notice of this order are permanently ENJOINED from the following activities:

1. Manufacturing, selling, promoting, advertising, distributing, or importing any unauthorized products bearing any of Kingston's KINGSTON, KINGSTON TECHNOLOGY or DATATRAVELER marks, or any simulation, reproduction, counterfeit, copy or colorable imitation thereof; and
2. Operating, hosting, registering or facilitating any website or domain name, including but not limited to "kingstonusbcf.com," containing the KINGSTON, KINGSTON TECHNOLOGY or DATATRAVELER marks.

IT IS SO ORDERED.

DATED:    October 14, 2010

_____

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE